# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2007

133554 & (112)(113)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NATIONAL PRIDE AT WORK, INC., a non-profit organization on behalf of its Michigan Members, *et al.*,
      Plaintiffs-Appellants,

v

GOVERNOR OF MICHIGAN and CITY OF KALAMAZOO,
      Defendants-Appellees,
and

ATTORNEY GENERAL,
      Intervening Defendant-Appellee.

SC: 133554
COA: 265870
Ingham CC: 05-000368-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 1, 2007 judgment of the Court of Appeals is considered, and it is GRANTED. The motion for stay is DENIED.

Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

CAVANAGH and KELLY, JJ., would grant the motion for stay.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2007

_____
Clerk

t0516